JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAVID SCONCE,

                    Petitioner,

          v.

PATRICK COVELLO, Warden,

                    Respondent.

Case No. 2:21-cv-04872-ODW-PD

**JUDGMENT**

 

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition and Denying a Certificate of Appealability,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.


DATED: August 11, 2021

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE